### (May 14, 1968)

■ JOHN BONERT et al. (DAKIS MARINE SERVICE, INC., Assignee), Respondents, v. ARNOLD WHITE et al., Appellants, and TOWN OF HEMPSTEAD et al., Respondents, et al., Defendants.— Motion by Dakis Marine Service, Inc. (assignee of plaintiffs-respondents): (1) insofar as it is to adjudge appellants in contempt of court denied, without prejudice to renewal of such motion at Special Term; and (2) insofar as it is to amend this court's order dated July 14, 1958, as amended on December 22, 1958 (erroneously referred to in the moving papers as dated February 11, 1959 [the date of entry of judgment in the office of the Clerk of the County of Nassau upon said order]) denied. (Said determination of this court was affirmed by the Court of Appeals in 1961 [Bonert v. White, 9 N Y 2d 956].) Under the circumstances presented, the mandate of the Court of Appeals precludes the present application to amend the order (Murray Oil Prods. Co. v. Royal Exch. Assur. Co., 29 A D 2d 935; Litchfield Constr. Co. v. City of New York, 219 App. Div. 369). Moreover, in our opinion, said application should be denied for laches (Gall v. Gall, 58 App. Div. 97). Christ, Acting P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.

### (May 16, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOEL SMITH, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel on appeal from an order of the Supreme Court, Kings County, entered March 27, 1968 which denied his motion "for removal under title 28 U. S. C. 443 which was before the Supreme Court, Kings County" decided by Mr. Justice Damiani. Motion denied, on the ground that the order sought to be reviewed, is not appealable. Rabin, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.